UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

James Sutton
                          Plaintiff,

v.                                     Case No.: 1:16–cv–05853
                                                Honorable Ronald A. Guzman

Cristal Metals, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation to dismiss [35], this case is dismissed with prejudice and without costs being awarded to any party, all costs having been paid and all matters in controversy having been settled. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.